IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARTIN OWEN,<br><br>             Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 2:06-CV-02529-LKK-GGH (PS)<br><br>ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

      For good cause shown, defendant Social Security Administration's *ex parte* application for extension of time to respond to plaintiff's complaint, filed November 15, 2006, is hereby APPROVED. Defendant's deadline is extended to December 5, 2006.

      IT IS SO ORDERED.

DATED: 11/20/06                                   /s/ Gregory G. Hollows

                                                    UNITED STATES MAGISTRATE JUDGE

owen2529.eot

[proposed] Order Granting Defendant's *Ex Parte* Application for Extension of Time to Respond to Complaint