IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MARTIN OWEN,

    Plaintiff,                               CIV. NO. S-06-2529 LKK GGH PS

    vs.

UNITED STATES OF AMERICA,

    Defendant.                            ORDER

                                          /

Defendant's motion to dismiss presently is calendared for hearing on January 11, 2006.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion.  See E.D. Cal. L.R. 78-230(h).

Accordingly, IT IS ORDERED that:

1. The January 11, 2007 hearing on the government's motion to dismiss, filed December 4, 2006, is vacated; and

2. The motion is submitted on the record.

DATED: 1/4/07

                                          /s/ Gregory G. Hollows

                                          GREGORY G. HOLLOWS
                                          U. S. MAGISTRATE JUDGE

GGH:076:Owen2529.vac.wpd